# EXHIBIT B

In re: STANLEY A. RAMIREZ and ANN M. KENNEDY
CASE NO.: 10-34401 DM

Case: 10-34401    Doc# 79-2    Filed: 06/20/11    Entered: 06/20/11 16:21:35    Page 1 of 7

**Evans Law Office**
Brette L. Evans, (SBN 177042)
255 N. Market Street, #110
San Jose, California 95110

Date             06/20/11
Invoice Stanley A. Ramirez and Ann Margaret Kennedy
Case No.:  10-34401 DM

## CASE MANAGEMENT/ADMINISTRATION

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 9/3/2010 | BLE | Met with client, discuss Skeleton Filing, Plan, Litigation In State Court, and Partnership Termination, Bankruptcy | 2.00 $300 | $ 600.00 |
| 10/25/2010 | BLE | Review Doc's State Court Litig, Do Due Diligence Searches | 0.80 $300 | $ 240.00 |
| 10/25/10 | BLE | Review Documents received from client, Create action Summary, Income Chart, Draft, Complete Schedule F, I, J 22c, Plan and Rights and Resp. | 4.10 $ 300.00 | $ 1,230.00 |
| 10/26/10 | BLE | Review Bank Statements, Tax Returns for Business Schedules, do online appraisal Searches, finalize documents | 1.90 $ 300.00 | $ 570.00 |
| 11/1/10 | BLE | Letter to client regarding missing documents, Other issues | 0.40 $ 300.00 | $ 120.00 |
| 11/2/10 | BLE | Prepare for/Meeting with clients for signing | 1.90 $ 300.00 | $ 570.00 |
| 11/2/10 | BLE | Final Review Before Filing | 0.30 $ 300.00 | $ 90.00 |
| 11/2/10 | BLE | Review Correspondence from Client | 0.20 $ 300.00 | $ 60.00 |
| 11/5/10 | BLE | Complete and Finalize Declarations for Employment, Rental Income, Self Employment | 0.50 $ 300.00 | $ 150.00 |

1

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | Income | | |
| 12/13/10 | BLE | Review Trustee Objection to Confirmation, Research Issues | 0.30 $ 300.00 | $ 90.00 |
| 12/23/10 | BLE | Prepare for/attend Meeting of Creditors Hearing | 1.00 $ 300.00 | $ 300.00 |
| 12/23/10 | BLE | Travel to/from Meeting of Creditors | $ 2.00 | |
| 1/6/11 | BLE | Review File re: Objections to Confirmation and action, documents needed to resolve | 0.50 $ 300.00 | $ 150.00 |
| 1/12/11 | BLE | Review documentation provided by Debtors and Objections, Complete Amended Statement of Financial Affairs, Schedules A, D, E, F, I and J, Business J | 2.30 $ 300.00 | $ 690.00 |
| 1/21/11 | BLE | Review Trustee Objection and Info Received Draft Amended Plan, 22c re: change in Circumstances, email to clients with Other Correspondence | 2.10 $ 300.00 | $ 630.00 |
| 2/4/11 | BLE | Prepare for /Attend Continued MOC Hearing | 1.10 $ 300.00 | $ 330.00 |
| 2/10/11 | BLE | Review Stipulation for Lien Strip, Sun Trust | 0.50 $ 300.00 | $ 150.00 |
| 2/10/11 | BLE | Review new payment advices for new jobs, and change in self employment income, Review Order After Hearing for Change in Child Support | 0.50 $ 300.00 | $ 150.00 |
| 2/10/11 | BLE | Draft Amended Schedules, I, J and E, and Amended Plan re: Changes in Circ. | 1.60 $ 300.00 | $ 480.00 |
| 2/14/11 | BLE | Send clarifying email to Rosa Garcia, Trustee Analyst | 0.30 $ 300.00 | $ 90.00 |
| 2/15/11 | BLE | Review Response received from Lilian Tsang | 0.10 $ 300.00 | $ 30.00 |

2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/26/11 | BLE | PCF Bankruptcy Clerk re: Amended Doc's Filed | 0.10 *$ 300.00* | $ 30.00 |
| 1/24/11 | BLE | Correspondence to client re: needed documents, answered questions, other issues | 0.40 *$ 300.00* | $ 120.00 |
| 2/22/11 | BLE | Send Correspondence to client re: Trustee Request for Business Exam, Review Change in Circ. Issues | 0.20 *$ 300.00* | $ 60.00 |
| 3/2/11 | BLE | Draft Declaration re: Missing Bank Accounts | 0.50 *$ 300.00* | $ 150.00 |
| 3/10/11 | BLE | Prepare for, Attend Meeting of Creditors | 1.10 *$ 300.00* | $ 330.00 |
| 3/29/11 | BLE | Correspondence to Rosa Garcia re: Case Status and being removed from the TPL | 0.10 *$ 300.00* | $ 30.00 |
| 3/30/11 | BLE | Review Corresp., Continued Objectionable issues cited by Rosa Garcia, as her statement that there are outstanding issues | 0.20 *$ 300.00* | $ 60.00 |
| 3/30/11 | BLE | Draft detailed response to Rosa Garcia to outline how, all objectionable issues had been resolved | 0.40 *$ 300.00* | $ 120.00 |
| 6/10/2011 | BLE | Correspondence to Rosa Garcia re: case status, moving case to confirmation, include pleadings filed by Kim Gage, attorney for Chrysler Financial | 0.20 *$ 300.00* | $ 60.00 |
| 6/16/11 | BLE | Claims review prior to confirmation | 0.20 *$ 300.00* | $ 60.00 |

## CHASE HOME FINANCE OBJECTION ISSUES

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/22/10 | BLE | Review Objection filed by Chase Home Finance, Research Issues, Claims, Other doc's | 0.30 *$ 300.00* | $ 90.00 |
| 1/27/11 | BLE | PCT Chase Home Finance, Discuss issues underlying Objection with Asst. to M. Cisneros | 0.20 *$ 300.00* | $ 60.00 |

3

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/27/11 | BLE | Review Documents in Order to Draft Reply to Objection to Confirmation filed by Chase Home Finance | 0.40 $ 300.00 | $ 120.00 |
| 1/27/11 | BLE | Draft Reply to the Objection Send to Client for Signature | 1.10 $ 300.00 | $ 330.00 |
| 2/23/11 | BLE | PCT Malcolm & Cisneros re: Response to Reply to Objection, Proof Doc's show no default, discuss with mgr. of dept. | 0.40 $ 300.00 | $ 120.00 |
| 3/2/11 | BLE | PCT Malcolm & Cisneros, failure to respond to Reply to Objection and Proof Documents Submitted, Objection filed in error | 0.30 $ 300.00 | $ 90.00 |
| 3/28/11 | BLE | PCT Malcolm & Cisneros re: Failure to respond to Reply to Objection, Notice re: Request for Sanctions | 0.30 $ 300.00 | $ 90.00 |
| 3/29/11 | BLE | Review Withdrawal of Documents, Obj. filed by Malcolm & Cisneros is withdrawn | 0.10 $ 300.00 | $ 30.00 |

## **MOTIONS TO VALUE COLLATERAL**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/10/11 | BLE | Review Documents for Lien Strip Motions Do online searches for valuation and lien data | 1.10 $ 300.00 | $ 330.00 |
| 1/10/11 | BLE | Draft Lien Strip for Sun Trust Second Mortgage, (Motion, Declaration and Notice) | 2.60 $ 300.00 | $ 780.00 |
| 1/20/11 | BLE | Do Searches for Agent for Service of Process and other notice locations/entities for lien strip motion | 0.80 $ 300.00 | $ 240.00 |
| 1/21/11 | BLE | Review Proof of Service, Lien Strip Notice, Motion and Declaration Before Filing | 0.50 $ 300.00 | $ 150.00 |
| 1/24/11 | BLE | Research issues re: Motion to Avoid Lien of Bank of America, Texas Property | 0.60 $ 300.00 | $ 180.00 |
| 1/24/11 | BLE | Draft Doc's for Motion to Avoid Lien (Notice, Motion, Declaration); Decl to client | 3.80 $ 300.00 | $ 1,140.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 1/27/11 BLE | Review Motion to Avoid Lien before Filing, Finalize Documents, Research Service issues for Motion | 0.10 *$ 300.00* | $ 30.00 |
| 2/28/11 BLE | Draft Request for Entry of Default and Order on Motion for Lien Strip, Bank of America | 1.00 *$ 300.00* | $ 300.00 |

## MOTION FOR RELIEF FROM STAY

| Date | Description | Hours | Amount |
|---|---|---|---|
| 2/22/11 BLE | Review Motion for Relief from Stay | 0.20 *$ 300.00* | $ 60.00 |
| 2/23/11 BLE | Draft Statement of Non-opposition for R/S Motion | 0.20 *$ 300.00* | $ 60.00 |

## CHRYSLER FINANCIAL SERVICES, OBJECTION TO CLAIM

| Date | Description | Hours | Amount |
|---|---|---|---|
| 3/10/11 BLE | Correspondence to/from client re: Chrysler Financial (Creditor) lawsuit and direct correspondence | 0.20 *$ 300.00* | $ 60.00 |
| 4/1/11 BLE | Research Pacer, Claims, and Los Angeles Country Pleading docket re: status of state court litigation and basis for 2,670,808.75 claim filed | 0.50 *$ 300.00* | $ 150.00 |
| 4/1/11 BLE | Research law on issues of unliquided claim Read Guaruntee Agreements, Case Law | 3.80 *$ 300.00* | $ 1,140.00 |
| 4/1/11 BLE | Draft Memorandum of Points & Authorities to Support Objection to Claim (2.1 million claim, wrongfully filed) | 3.10 *$ 300.00* | $ 930.00 |
| 4/1/11 BLE | Draft Declaration of Stanley Ramirez | 0.80 *$ 300.00* | $ 240.00 |
| 4/1/11 BLE | Draft Objection to Claim of Chrysler Financial | 0.80 *$ 300.00* | $ 240.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/1/11 | BLE | Correspondence to Stan Ramirez Re: Decl. to Support Objection to Claim | 0.10 $ 300.00 | $ 30.00 |
| 4/4/11 | BLE | Correspondence to/from Lilian Tsang re: Chrysler Financial Claim | 0.10 $ 300.00 | $ 30.00 |
| 4/29/11 | BLE | Final Review of MPA, Objection to Claim, Changes to Declaration of Debtor | 0.40 $ 300.00 | $ 120.00 |
| 4/1/11 | BLE | Review Correspondence from Rosa Garcia, re: problem claim (chrysler financial, claim 20) and informing that all Trustee Obj's are resolved | 0.20 $ 300.00 | $ 60.00 |
| 4/2/11 | BLE | Correspondence to Rosa Garcia, reply to request for clarification re: status of claim, and other history | 0.30 $ 300.00 | $ 90.00 |
| 5/19/11 | BLE | PCF Legal Asst. to Kim Gage, attorney for Chrysler Financial, discuss claim objection issues, Assent to withdraw claim | 0.30 $ 300.00 | $ 90.00 |

## APPLICATION FOR ATTORNEYS' FEES

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 6/16/2011 | BLE | Draft Application for Attorneys Fees, Declaration, other documents for hearing | 2.50 $ 300.00 | $ 750.00 |

**Total Attorneys' Fees incurred to date: Attorney Hours: 52.90** $ 15,870.00

### COSTS EXPENDED ON CLIENT'S BEHALF

| | |
|---|---|
| West law Research, one time use fee, $100.00 | **$100.00** |
| Postage for Plan Service (.42 * 60) | **$25.20** |
| Photo copy charges (382 * .20) | **$76.40** |
| Amended Schedules/Court Fees (3 amendments) | **$78.00** |
| | **$279.60** |

**Total Costs Expended:** **$279.60**

Total Fees and Costs Incurred to Date: **16,149.60**
**Funds Held in Trust, Paid Pre-Petition:** ($1,500.00)

Remaining Outstanding Fees: **$14,649.60**